No. 172. WILLIAM LEATHER ET AL. *v.* MARK J. WHITE. Appeal from the Circuit Court of Appeals for the Seventh Circuit. Argued December 10, 1923. Decided January 7, 1924. *Per Curiam.* Decree reversed with costs; and cause remanded to the said Circuit Court of Appeals for further proceedings on the merits in consideration of the decree of the District Court of the United States for the Northern District of Illinois dated and entered July 7, 1921. *Mr. Oliver J. Cook,* with whom *Mr. George W. Wilbur* was on the brief, for appellants. *Mr. Assistant Attorney General Ottinger,* with whom *Mr. Solicitor General Beck* was on the brief, for appellee. [See *ante,* 682.]